UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon Bryant,

    Plaintiff,

v.

Allianz Life Insurance Company
of North America and Allianz
Life Financial Services, LLC,

    Defendant.

**ORDER**
Civil No. 10-3414

_____

    James H. Kaster and Sofia B. Andersson-Stern, Nichols Kaster, PLLP, Counsel for Plaintiff.

    Melissa Raphan and Zeb Curtin, Dorsey & Whitney LLP, Counsel for Defendants.

_____

    This matter is before the Court on Defendants' motion for summary judgment.

    The Court has thoroughly reviewed the parties' submissions, and finds that summary judgment is clearly not warranted in this case in light of the many genuine issues of material fact contained in the record.  Accordingly,

    **IT IS HEREBY ORDERED:**

    1.    Defendants' Motion for Summary Judgment [Doc. No. 116] is

           DENIED.

2. The hearing set for oral argument on Defendants' motion is cancelled.

Date: November 17, 2011

                                            s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court