# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shannon Bryant,                                        Civil File No. 10-cv-03414 MJD/JSM

          Plaintiff,

v.

Allianz Life Insurance of North
America and Allianz Life Financial
Services LLC,

          Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Motion to Expunge her Form U-5. Based upon the files, records and proceedings herein, the Court hereby GRANTS Plaintiff's Motion to Expunge.

IT IS HEREBY ORDERED:

That the Financial Industry Regulatory Authority ("FINRA") expunge and amend the response to Question 3 of Plaintiff's Form U-5 Information on the CRD such that it reads "Other" instead of "Discharged," and that the explanation

to Question 3 of Plaintiff's Form U-5 reads "Bryant was released from at-will employment," instead of "violation of firm replacement policy."

That FINRA expunge and amend the response to Question 7B, such that it reads "no" instead of "yes."

That FINRA expunge the disclosures contained on the Disclosure Reporting Page (DRP) for Question 7B of Bryant's Form U-5.

IT IS SO ORDERED.


Dated:  August 16, 2012                                s/ Michael J. Davis
                                                                   Michael J. Davis
                                                                   Chief Judge
                                                                   United States District Court